# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KENNETH ARDELL SMITH, SR.,

Petitioner,

v.

SACRAMENTO DIVISION SUPERIOR COURT,

Respondent.

Case No. 17-cv-03759-CRB (PR)

**ORDER OF DISMISSAL**

On August 30, 2017, the post office returned the court's mail to petitioner as undeliverable. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 31, 2017

CHARLES R. BREYER
United States District Judge